XAVIER BECERRA
Attorney General of California
JACQUELINE DALE
Supervising Deputy Attorney General
MARIA ELLINIKOS
Deputy Attorney General
State Bar No. 235528
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3447
  Fax: (415) 703-1234
  E-mail: Maria.Ellinikos@doj.ca.gov
Attorneys for the State of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MICHAEL FRANCHEK and STATE OF CALIFORNIA ex rel. MICHAEL FRANCHEK,<br><br>    Plaintiffs,<br><br>v.<br><br>WORKRITE ERGONOMICS, LLC and KNAPE & VOGT MANUFACTURING COMPANY,<br><br>    Defendants. | CASE NO. 4:16-cv-02789-JSW<br><br>**AMENDED NOTICE OF MOTION OF THE PEOPLE OF THE STATE OF CALIFORNIA FOR SETTLEMENT RECOVERY APPORTIONMENT**<br><br>Date:     March 12, 2021<br>Time:    9:00 a.m.<br>Courtroom: 5<br>Judge:   The Honorable Jeffrey S. White |

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 12, 2021 at 9:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 5 of this Court located at 1301 Clay Street, Oakland, California 94612, the California Attorney General, on behalf of the People of the State of California, will move this Court for an Order allocating the remaining $239,428.41 in settlement proceeds, after the California Attorney General and qui tam plaintiff receive their respective shares, to the California government entities whose funds were falsely claimed based on their proportionate share of total California funds falsely claimed pursuant to California Government Code section 12652(g)(6).

This Motion is based on this amended notice, memorandum of points and authorities set forth below, the Declaration of Maria Ellinikos, filed concurrently herewith, the papers, records and files in this action, and upon such other further oral and documentary evidence as may be presented at the hearing.

DATED: January 21, 2021

XAVIER BECERRA
Attorney General of the State of California

Maria Ellinikos
Deputy Attorney General
Attorneys for the State of California