UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. MICHAEL FRANCHEK and STATE OF CALIFORNIA, et al. ex rel. MICHAEL FRANCHEK<br><br>Plaintiffs,<br><br>v.<br><br>WORKRITE ERGONOMICS, LLC, and KNAPE & VOGT MANUFACTURING COMPANY,<br><br>Defendants. | Case No. 16-cv-02789-JSW  (SK)<br><br>**FURTHER ORDER REGARDING DISCOVERY DISPUTE**<br><br>Regarding Docket No. 46 |

On September 23, 2021, the parties filed another joint letter brief to address their discovery dispute regarding attorneys' fees. The Court GRANTS the motion to compel response to interrogatories 4, 5 and 6 and ORDERS Defendants to provide that information by October 8, 2021. The Court DENIES the motion to compel production of documents in response to request No. 1.

**IT IS SO ORDERED**.

Dated: September 29, 2021

_____
SALLIE KIM
United States Magistrate Judge