

# About Us

Wind Point Partners is a private equity investment firm that partners with top caliber executives to acquire well-positioned middle market businesses where it can establish a clear path to value creation.

Since our founding in 1984, we have raised over $5 billion in commitments and acquired more than 100 platform companies and 300 add-on acquisitions.

## Distinctive Strategy

We bring together the following three key elements in each transaction:

- **Top Caliber Executive**. We recruit exceptional executives who will be our partners in selecting and acquiring a company where they can develop and lead a tactical value creation plan.
- **Middle Market Company**. We identify and acquire well-positioned businesses with value creation opportunities that are a good match with our executives' skill sets and industry expertise.
- **Path to Value Creation**. We help companies reach their potential by identifying growth and operational improvement opportunities that can be implemented with our executive partner.

## Experienced and Collaborative Team

Wind Point's professionals work together in the pursuit of investment success. Our team is led by six managing directors who have over 100 years of combined private equity experience and an average tenure at Wind Point of 17 years. In addition to our in-house team, we have an established network of seasoned and accomplished Executive Advisor Partners (EAPs) who assist us in our process and invest alongside us in every transaction.

Copyright © 2021 Wind Point Partners