**JENNER & BLOCK**

## MATTHEW L. HAWS, Partner

*Matthew Haws is a partner in the Government Contracts Practice. He represents clients ranging from defense manufacturers to IT systems integrators on government contract and grant law issues, including claims, compliance, and investigations.*

Mr. Haws guides contractors through complicated issues in their relationship with the government, including Inspector General investigations, mandatory disclosures, False Claims Act (FCA) litigation, suspension/debarment proceedings, DCAA audits, and claims against the government. He conducts internal investigations, develops requests for equitable adjustment and claims, and provides guidance to contractors on their most complicated problems.

Mr. Haws has conducted mandatory disclosure investigations for one of the largest GSA Schedule contract holders. He has developed and executed strategic responses to multi-faceted government contract problems involving agency investigations, litigation, and Congressional requests for a major software company. He has served on an independent monitor team pursuant to an administrative compliance agreement in one of the most significant debarment proceedings within the Department of Defense.

Mr. Haws also has significant experience litigating disputes between contractors and subcontractors, and resolving government contract intellectual property, cost allowability, and business systems disputes.

Mr. Haws spent two years seconded in-house at the legal departments of two of the largest government contractors in the world. He frequently writes and speaks on government contract issues and has served in numerous leadership roles in the American Bar Association's Public Contract Law Section, including chair of the International Procurement Committee and the ABA representative to the UNCITRAL Working Group on Procurement.

Mr. Haws maintains an active pro bono practice serving individuals and non-profits in DC and internationally. For 15 years, he has litigated housing, disability, and family law cases and provided pro bono counseling to nonprofits and small, disadvantaged businesses through the DC Bar Pro Bono Center. Mr. Haws has served on the DC Bar Pro Bono Committee and the Nonprofit/Small Business Legal Assistance Committee. He is currently chair of the DC Bar Pro Bono Committee and serves on the board of the Center for Nonprofit Advancement, the leading capacity building organization for DC-area nonprofits.

Early in his career, Mr. Haws lived and worked in Addis Ababa, Ethiopia as a member of the legal team representing the Government of Ethiopia before the Eritrea-Ethiopia Claims Commission, an international tribunal that adjudicated state-to-state claims for loss, damage, and injury arising during an international armed conflict.



**MATTHEW L. HAWS**
Partner

**WASHINGTON, DC**
Office: 202 639-6065
Email: mhaws@jenner.com

**PRACTICE GROUPS**
Government Contracts
National Security, Sanctions, and Export Controls
Trade Secrets and Restrictive Covenants

**EDUCATION**
Harvard Business School, 2015; Credential of Readiness (CORe), business analytics, financial accounting, economics for managers; with honors

George Washington University, JD, 2002

University of Florida, BA, 1998; *cum laude*

**ADMISSIONS**
District of Columbia, 2005

Virginia, 2002

**COURT ADMISSIONS**
US Court of Appeals, DC Circuit, 2006

US District Court, Eastern District of Virginia, 2005

US Court of Appeals, Federal Circuit, 2008

US Court of Federal Claims, 2008

©Copyright 2021 Jenner & Block LLP. Jenner & Block is an Illinois Limited Liability Partnership including professional corporations.

Mr. Haws's representative engagements include:

- securing complete dismissal of $29 million in government claims based on incurred cost disallowance following DCAA audit of major IT services contractor;
- successfully resolving a *qui tam* False Claims Act case against an office furniture manufacturer under its GSA Schedule contract alleging commercial sales practice disclosure and price reduction clause noncompliance;
- successfully responding to a debarment show cause notice sent to a Fortune 500 company, resulting in the withdrawal of the notice, abandonment of threatened criminal proceedings, and return of eligibility to compete in agency procurements;
- guiding GSA Schedule contractors through mandatory disclosures and government audits related to compliance with price reduction clause requirements and commercial sales practice disclosure requirements;
- leading an internal investigation for a Fortune 500 company in response to allegations of proposal fraud. Following communication of the results of this investigation, the Department of Justice did not intervene in a related *qui tam* lawsuit;
- obtaining a significant victory for an aircraft maintenance, repair, and overhaul contractor leading to settlement of its contract claim for costs related to excess repair efforts required during overhaul of aircraft landing gear systems; and
- defending a top-10 defense contractor in multi-million dollar defective pricing and false claims litigation, resulting in a successful settlement.

## Awards

- *Legal 500*
  Government - Government Contracts - 2016
- Jenner & Block Mentorship Award - 2020

## Service to the Bar

- American Bar Association
  - Chair, International Procurement Committee, Public Contract Law Section
  - Liaison, Section of International Law to the Public Contract Law Section
  - Member, Section's Strategic Planning Committee
  - Representative, UNCITRAL Working Group on Procurement
  - Service Contracting Best Practices Task Force

## Community

- Center for Nonprofit Advancement
  Member, Board of Directors
- DC Bar Pro Bono Center
  Chair, DC Bar Pro Bono Committee

**Publications**

- Client Alert: Vaccination Required for Employees Working in Connection with Government Contracts or in Shared Facilities, September 24, 2021
- Co-Author, "5 Ways to Make the Most of GSA's New Government Contracts Site," *Law360*, June 16, 2021
- Author, Client Alert: Biden Raises Minimum Wage for Federal Government Contract Workers to $15, April 29, 2021
- Co-Author, "5 Ways Gov't Contractors Can Manage Schedule Change Risk," *Law360*, February 17, 2021
- Co-Author, Client Alert: Small Businesses in the 8(a) Program Get Another Year of Eligibility to Make Up for Pandemic Disruption, January 20, 2021
- Co-Author, Client Alert: NISPOM (Plus Updates) to be Codified in Regulation, December 31, 2020
- "Tips for Government Contractors Using CARES Act Funds," *Bloomberg Law*, September 11, 2020
- Co-Author, Client Alert: OMB Seeks Comments on How Future National Security Risks Will Be Removed from the Government Contracts Marketplace, September 2, 2020
- Co-Author, Client Alert: DOD Issues Final Guidance Implementing Section 3610 of the CARES Act, August 19, 2020
- Co-Author, 5 Ways to Track Changes in Gov't Contracts, *Law360*, August 18, 2020
- "United States," *Defence and Security Procurement* 2018, July 2018
- Co-Author, "United States," *Defence and Security Procurement 2017*, February 2017

**Speaking Engagements**

- "Government Contracts 101," MyLawCLE, April 29, 2021
- The Escobar Decision One Year Out - Evolving Impact on FCA, June 26, 2017
- "The M&A Environment for Government Contractors: Trends and Updates in 2016," The Knowledge Group, October 20, 2016